UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on February 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**MICHELE LEBLANC,**

     **Debtor**

Case No.: 16-26043-MBK

Judge: Michael B. Kaplan

## ORDER VACATING STAY

  The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: February 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtors: | Michele Leblanc |
| Case No.: | 16-26043-MBK |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Capital One Auto Finance, a division of Capital One N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:

**2010 HONDA CR-V-4 Cyl. Utility 4D EX-L 4WD**
**V.I.N. 5J6RE4H75AL048847**