UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michele Leblanc

Case No.:    16-26043

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## ORDER VACATING ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through    2    is hereby **ORDERED**.

**DATED: February 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Order Granting Motion For Relief From Stay re: 2010 Honda CR-V.

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Order Granting Motion For Relief From Stay re: 2010 Honda CR-V.

dated  2/18/2017 _____ be and the same is hereby vacated.