Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 16−26043−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele Leblanc
   13 Plymouth Court
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−7571

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 17, 2017
JAN: kmf

                                                       Jeanne Naughton
                                                       Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                         Case No. 16-26043-MBK
Michele Leblanc                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2       Date Rcvd: Aug 17, 2017
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db             +Michele Leblanc,    13 Plymouth Court,    Bordentown, NJ 08505-3125
516350867      +KML Law group,    701 Market St #500,    Philadelphia, PA 19106-1538
516466307      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516350869      +Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
516690869      +PSE&G,   PO Box 14444,    New Brunswick,NJ 08906-4444,    Attn: Bankruptcy
516350871      +PSEG,   PO Box 570,    Newark, NJ 07101-0570
516350870      +Progressive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
516350872      +Radon Wetter,    245 Route 22 West,    Bridgewater, NJ 08807-2560
516350874       Superior Court Of New Jersey,    PO Box 971,    Trenton, NJ 08650
516659326      +Williamsburg VillaQe Condo. Assoc., Inc.,    Susan J. Radom, Esq.,
                 245 Route 22 West, Suite 201,    Bridgewater, NJ 08807-2560
516350876      +Williamsburg Village Condo Assoc,    47 Georgetown Rd,    Bordentown, NJ 08505-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516357482      +EDI: AISACG.COM Aug 17 2017 22:48:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516350862      +EDI: CAPONEAUTO.COM Aug 17 2017 22:48:00      Capital One Auto Finance,   3905 Dallas Parkway,
                 Plano, TX 75093-7892
516350863      +E-mail/Text: bankruptcy@cavps.com Aug 17 2017 23:08:57      Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
516354324      +E-mail/Text: bankruptcy@cavps.com Aug 17 2017 23:08:57      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516350864      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 17 2017 23:09:10      Comcast,
                 800 Rahway Ave.,    Union, NJ 07083-6691
516350865      +EDI: CCS.COM Aug 17 2017 22:48:00      Credit Collection Service,   PO Box 9134,
                 Needham Heights, MA 02494-9134
516350866      +EDI: TSYS2.COM Aug 17 2017 22:48:00      DSNB/Macy's,   PO Box 8218,   Mason, OH 45040-8218
516520389      +EDI: MID8.COM Aug 17 2017 22:48:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
516350868      +EDI: MID8.COM Aug 17 2017 22:48:00      Midland Funding,   8875 Aero Drive,
                 San Diego, CA 92123-2255
516697307      +E-mail/Text: bankruptcy@pseg.com Aug 17 2017 23:07:49      PSE&G,   Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
516350875      +EDI: RMSC.COM Aug 17 2017 22:48:00      Synchrony Bank,   PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516350873     ##+Stellar Recovery Inc.,    1327 Highway 2 W,   Suite 100,   Kalispell, MT 59901-3413
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 17, 2017
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Laurence R. Sheller    on behalf of Debtor Michele   Leblanc laurence.sheller@gmail.com
                                                                                             TOTAL: 7
```