UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAURENCE R. SHELLER, ESQ.**
3490 US Route 1, Bldg. 7-B
Princeton, New Jersey 08540
Telephone (609) 452-7001, Telefax (609) 452-7002

Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michelle Leblanc

Case No.: 16-26043

Adv. No.:

Hearing Date: 10/17/17

Judge: Kaplan

## ORDER REINSTATING CASE

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: October 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER, having come before the Court on Debtor's Motion to Reinstate Case and the Court having reviewed the Debtor's argument and the Trustee's response; and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Order Dismissing Case entered 8/15/17 is hereby vacated and the Debtor's Chapter 13 case is hereby reinstated.

2. **IT IS HEREBY ORDERED and ADJUDGED:**

1. The case is hereby reinstated effective as of October 17, 2017. The Order dismissing this case entered on August 15, 2017, remains and remained in effect through the date of entry of this Order and its service as provide herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Court.

2. The case is reinstated subject to the following terms:

    a. Debtors will remit the sum of $3000 to the trustee within seven (7) days of the date of this Order which will leave $6948 in post-petition arrears; and

    b. Debtors will begin remit the sum of $1123 commencing with the November 2017 payment;

    c. Debtor's counsel shall draft a wage garnishment order within seven (7) days of the date of entry of this Order; and

3. A copy of this Order shall be served on the trustee and all appearing parties within 7 days of the date of entry.