**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAURENCE R. SHELLER, ESQ.**
3490 US Route 1, Bldg. 7-B
Princeton, New Jersey 08540
Telephone (609) 452-7001, Telefax (609) 452-7002

**Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michelle Leblanc

Case No.: 16-26043
Adv. No.:

Hearing Date: 10/17/17

Judge: Kaplan

## ORDER REINSTATING CASE

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: October 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER, having come before the Court on Debtor's Motion to Reinstate Case and the Court having reviewed the Debtor's argument and the Trustee's response; and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Order Dismissing Case entered 8/15/17 is hereby vacated and the Debtor's Chapter 13 case is hereby reinstated.

2. **IT IS HEREBY ORDERED and ADJUDGED:**

1. The case is hereby reinstated effective as of October 17, 2017. The Order dismissing this case entered on August 15, 2017, remains and remained in effect through the date of entry of this Order and its service as provide herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Court.

2. The case is reinstated subject to the following terms:

    a. Debtors will remit the sum of $3000 to the trustee within seven (7) days of the date of this Order which will leave $6948 in post-petition arrears; and

    b. Debtors will begin remit the sum of $1123 commencing with the November 2017 payment;

    c. Debtor's counsel shall draft a wage garnishment order within seven (7) days of the date of entry of this Order; and

3. A copy of this Order shall be served on the trustee and all appearing parties within 7 days of the date of entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 16-26043-MBK
Michele Leblanc                                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 19, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             +Michele Leblanc,    13 Plymouth Court,    Bordentown, NJ 08505-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Laurence R. Sheller    on behalf of Debtor Michele   Leblanc laurence.sheller@gmail.com
                                                                                             TOTAL: 7