UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Michelle Leblanc

Order Filed on June 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-26043

Adv. No.:

Hearing Date: 6/12/18
Judge: MBK

Order Approving Loan Modification and Reinstating the Automatic Stay

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: June 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Sheller, attorney for the debtor, Michelle Leblanc, for an Order Approving the Loan Modification of Midland Mortgage and to Reinstate the Automatic Stay; and for good and other sufficient cause having been shown:

IT IS ON THIS _____ DAY OF _____, 2018, Ordered and Adjudged that:

1. The debtor's motion for approval of loan modification be and the same is hereby granted; and it is further

2. The automatic stay which was vacated on February 14, 2018 be and the same is hereby reinsated; and it is further

3. That a copy of this Order shall be served on the Chapter 13 Trustee within 7 days of debtors's attorney's receipt of same.