UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on June 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michelle Leblanc

Case No.: 16-26043

Adv. No.:

Hearing Date: 6/12/18
Judge: MBK

Order Approving Loan Modification and Reinstating the Automatic Stay

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: June 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Sheller, attorney for the debtor, Michelle Leblanc, for an Order Approving the Loan Modification of Midland Mortgage and to Reinstate the Automatic Stay; and for good and other sufficient cause having been shown:

IT IS ON THIS _____ DAY OF _____, 2018, Ordered and Adjudged that:

1. The debtor's motion for approval of loan modification be and the same is hereby granted; and it is further

2. The automatic stay which was vacated on February 14, 2018 be and the same is hereby reinsated; and it is further

3. That a copy of this Order shall be served on the Chapter 13 Trustee within 7 days of debtors's attorney's receipt of same.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-26043-MBK
Michele Leblanc                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1              Date Rcvd: Jun 07, 2018
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
db             +Michele Leblanc,    13 Plymouth Court,    Bordentown, NJ 08505-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Laurence R. Sheller    on behalf of Debtor Michele   Leblanc laurence.sheller@gmail.com
                                                                                             TOTAL: 7