Case 16-26043-MBK    Doc 75    Filed 08/08/18    Entered 08/09/18 00:35:22    Desc Imaged
Certificate of Notice    Page 1 of 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Michele Leblanc<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–7571<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:    13    8/19/16 |
| Case number: | 16–26043–MBK | Date case converted to chapter:    7    8/5/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michele Leblanc | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13 Plymouth Court<br>Bordentown, NJ 08505 | |
| 4. | **Debtor's attorney**<br>Name and address | Laurence R. Sheller<br>3490 US Route 1<br>Building 7B<br>Princeton, NJ 08540 | Contact phone 609–452–7001 |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676-6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 8/6/18 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 14, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/13/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

Case 16-26043-MBK    Doc 75    Filed 08/08/18    Entered 08/09/18 00:35:22    Desc Imaged
Certificate of Notice    Page 3 of 5

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                                  Case No. 16-26043-MBK
Michele Leblanc                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2           Date Rcvd: Aug 06, 2018
                              Form ID: 309A             Total Noticed: 28

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db             +Michele Leblanc,    13 Plymouth Court,    Bordentown, NJ 08505-3125
tr             +Karen E. Bezner,    567 Park Avenue, Suite 103,    Scotch Plains, NJ 07076-1754
516350867      +KML Law group,    701 Market St #500,    Philadelphia, PA 19106-1538
516466307      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516350869      +Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
516690869      +PSE&G,    PO Box 14444,    New Brunswick,NJ 08906-4444,    Attn: Bankruptcy
516350871      +PSEG,    PO Box 570,    Newark, NJ 07101-0570
516350870      +Progressive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
516350872      +Radon Wetter,    245 Route 22 West,    Bridgewater, NJ 08807-2560
516350874       Superior Court Of New Jersey,     PO Box 971,    Trenton, NJ 08650
516659326      +Williamsburg VillaQe Condo. Assoc., Inc.,     Susan J. Radom, Esq.,
                 245 Route 22 West, Suite 201,    Bridgewater, NJ 08807-2560
516350876      +Williamsburg Village Condo Assoc,    47 Georgetown Rd,    Bordentown, NJ 08505-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: laurence.sheller@gmail.com Aug 06 2018 23:38:02     Laurence R. Sheller,
                 3490 US Route 1,    Building 7B,    Princeton, NJ 08540
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2018 23:39:16     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2018 23:39:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516357482      +EDI: AISACG.COM Aug 07 2018 02:53:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516350862      +EDI: CAPONEAUTO.COM Aug 07 2018 02:53:00      Capital One Auto Finance,    3905 Dallas Parkway,
                 Plano, TX 75093-7892
517635905      +EDI: AISACG.COM Aug 07 2018 02:53:00      Capital One Auto Finance, a division of Capital On,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517629597      +EDI: AISACG.COM Aug 07 2018 02:53:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
516350863      +E-mail/Text: bankruptcy@cavps.com Aug 06 2018 23:39:37     Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
516354324      +E-mail/Text: bankruptcy@cavps.com Aug 06 2018 23:39:37     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516350864      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 06 2018 23:39:50     Comcast,
                 800 Rahway Ave.,    Union, NJ 07083-6691
516350865      +EDI: CCS.COM Aug 07 2018 02:53:00      Credit Collection Service,    PO Box 9134,
                 Needham Heights, MA 02494-9134
516350866      +EDI: TSYS2.COM Aug 07 2018 02:53:00      DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
516520389      +EDI: MID8.COM Aug 07 2018 02:53:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516350868      +EDI: MID8.COM Aug 07 2018 02:53:00      Midland Funding,    8875 Aero Drive,
                 San Diego, CA 92123-2255
516697307      +E-mail/Text: bankruptcy@pseg.com Aug 06 2018 23:38:12     PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
516350875      +EDI: RMSC.COM Aug 07 2018 02:53:00      Synchrony Bank,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516350873     ##+Stellar Recovery Inc.,    1327 Highway 2 W,    Suite 100,    Kalispell, MT 59901-3413
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 06, 2018
                              Form ID: 309A              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
            Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Albert    Russo    docs@russotrustee.com
            Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
             jschwartz@mesterschwartz.com
            Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
            Laurence R. Sheller    on behalf of Debtor Michele   Leblanc laurence.sheller@gmail.com
                                                                                             TOTAL: 8
```