UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michele Leblanc

Case No.: 16-26043
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

____Karen E. Bezner____, ____Trustee____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __December 10, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
13 Plymouth Court
Bordentown, New Jersey
Valued at $140,000.00

Liens on property:
Midland Mortgage $158,352.00
Condo Fees, $8,000.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-26043-MBK
Michele Leblanc                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 13, 2018
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db          +Michele Leblanc,    13 Plymouth Court,    Bordentown, NJ 08505-3125
516350866   +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
516350867   +KML Law group,    701 Market St #500,    Philadelphia, PA 19106-1538
516466307   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516350869   +Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
516690869   +PSE&G,    PO Box 14444,    New Brunswick,NJ 08906-4444,    Attn: Bankruptcy
516350871   +PSEG,    PO Box 570,    Newark, NJ 07101-0570
516350870   +Progressive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
516350872   +Radon Wetter,    245 Route 22 West,    Bridgewater, NJ 08807-2560
516350874    Superior Court Of New Jersey,    PO Box 971,    Trenton, NJ 08650
516659326   +Williamsburg VillaQe Condo. Assoc., Inc.,    Susan J. Radom, Esq.,
              245 Route 22 West, Suite 201,    Bridgewater, NJ 08807-2560
516350876   +Williamsburg Village Condo Assoc,    47 Georgetown Rd,    Bordentown, NJ 08505-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           E-mail/Text: bnc@russotrustee.com Nov 14 2018 01:38:14      Albert Russo,
              Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:02      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:36:59      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516357482   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2018 01:42:21
              Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
516350862   +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 14 2018 01:41:26
              Capital One Auto Finance,    3905 Dallas Parkway,    Plano, TX 75093-7892
517635905   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2018 01:42:21
              Capital One Auto Finance, a division of Capital On,    c/o AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517629597   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2018 01:41:11
              Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
516350863   +E-mail/Text: bankruptcy@cavps.com Nov 14 2018 01:37:22      Cavalry Portfolio Services,
              500 Summit Lake Drive,    Valhalla, NY 10595-2322
516354324   +E-mail/Text: bankruptcy@cavps.com Nov 14 2018 01:37:22      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516350864   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 14 2018 01:37:39       Comcast,
              800 Rahway Ave.,    Union, NJ 07083-6691
516350865   +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 14 2018 01:38:00
              Credit Collection Service,    PO Box 9134,    Needham Heights, MA 02494-9134
516520389   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 01:36:58      MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
516350868   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 01:36:58      Midland Funding,
              8875 Aero Drive,    San Diego, CA 92123-2255
516697307   +E-mail/Text: bankruptcy@pseg.com Nov 14 2018 01:35:52      PSE&G,    Attn: Bankruptcy Dept.,
              PO Box 490,    Cranford NJ 07016-0490
516350875   +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:10      Synchrony Bank,    PO Box 965005,
              Orlando, FL 32896-5005
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516350873     ##+Stellar Recovery Inc.,    1327 Highway 2 W,    Suite 100,    Kalispell, MT 59901-3413
                                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2            Date Rcvd: Nov 13, 2018
                              Form ID: pdf905             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Laurence R. Sheller    on behalf of Debtor Michele   Leblanc laurence.sheller@gmail.com
                                                                                                 TOTAL: 9
```