UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Michelle Leblanc

Case No.: 16-26043 (KCF)

Adv. No.:

Hearing Date: 10/11/22

Judge: KCF

Order Reopening Case and Declaring that the Requirements Related to the Filing of Financial Management Course Have Been Satisfied

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: October 11, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laura Scholl, attorney for the debtor Michelle Leblanc, for an Order Reopening to Permit Filing of the Financial Management documents in the above matter; and for good and other sufficient cause having been shown:

IT IS ON THIS     11th        DAY OF    October    , 2022, Ordered and Adjudged that:

1. The debtor's motion to reopen the above matter be and the same is hereby granted; and further

2. That the requirements for the filing of the financial management documents be and the same are hereby deemed to have been satisfied; and further

3. That a copy of this Order shall be served on the Chapter 7 Trustee and all appearing parties within 7 days of debtors's attorney's receipt of same.

4. A Trustee shall not be appointed.

5. The case shall be reviewed within 14 days for closing eligibility.