UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

    Michelle Leblanc

**Order Filed on October 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-26043 (KCF)

Adv. No.:

Hearing Date: 10/11/22

Judge: KCF

---

Order Reopening Case and Declaring that the Requirements Related to the Filing
of Financial Management Course Have Been Satisfied

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: October 11, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Lawrence Shelton, attorney for the debtor Michelle Leblanc, for an Order Reopening to Permit Filing of the Financial Management documents in the above matter; and for good and other sufficient cause having been shown:

IT IS ON THIS    11th    DAY OF    October    , 2022, Ordered and Adjudged that:

1. The debtor's motion to reopen the above matter be and the same is hereby granted; and further

2. That the requirements for the filing of the financial management documents be and the same are hereby deemed to have been satisfied; and further

3. That a copy of this Order shall be served on the Chapter 7 Trustee and all appearing parties within 7 days of debtors's attorney's receipt of same.

4. A Trustee shall not be appointed.

5. The case shall be reviewed within 14 days for closing eligibility.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-26043-KCF |
| Michele Leblanc | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michele Leblanc, 13 Plymouth Court, Bordentown, NJ 08505-3125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 13, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 11, 2022 | Form ID: pdf903 | Total Noticed: 1

Karen E. Bezner
                Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
                on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Laurence R. Sheller
                on behalf of Debtor Michele Leblanc laurence.sheller@gmail.com

TOTAL: 9